## Commonwealth *v.* Lafferty et al., Appellants.

Argued May 25, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*David E. Lehman,* with him *James H. King, Martin Goodman,* and *McNees, Wallace & Nurick,* and *Goodman, Notopoulos & Silverman,* for appellants.

*Edward T. Baker,* Deputy Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, October 9, 1970:
Judgment affirmed.